

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-14-00349-CV**

**ROBERT WILLIAMS,**

                                                         **Appellant**

 **v.**

**RUSSELL PARKER, INDIVIDUALLY AND**
**HEIR OF LAWANNA KEETH,**

                                                         **Appellee**

_____

**From the 249th District Court**
**Johnson County, Texas**
**Trial Court No. C201100640**

---

## O R D E R

---

The parties' agreed motion to expedite the issuance of this Court's mandate is

granted.  The mandate will issue on the same date this Order issues.

                                        PER CURIAM



Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed November 12, 2015